857 A.2d 183

Bernard TAYLOR, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Argued March 18, 2004.

July 29, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of July, 2004, the Order of the Commonwealth Court is hereby AFFIRMED.